```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SUFIAN MOHAMED ABDO SHARHAN, ET AL.,         25-cv-1750 (JGK)

        Plaintiffs,                          ORDER

    - against -

UNITED STATES OF AMERICA, ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

    On April 7 and again on April 8, 2025, the parties attempted to file a stipulation of voluntary dismissal. ECF Nos. 6, 9. Both times, the Clerk directed the parties to re-file the document. To date, the parties have failed to re-file an appropriate stipulation of voluntary dismissal.

    The time for the parties to file a proper stipulation of voluntary dismissal is **April 30, 2025**. If the parties fail to do so, this case will be dismissed for failure to prosecute.

SO ORDERED.

Dated:   New York, New York
           April 23, 2025

                                               John G. Koeltl
                                United States District Judge